IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| CLINTON STRANGE, | ) | Case No. 4:18-CV-00437-SMR-SBJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ON MOTION TO DISMISS |
| | ) | |
| SOLO AD EXCHANGE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is pro se Plaintiff Clinton Strange's Motion to Dismiss this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i). [ECF No. 10]. Plaintiff states that the parties have "amicably resolved the issues in regard to the complaint." *Id.* at 2. Plaintiff therefore asks that this matter be dismissed with prejudice.

Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss a civil action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Here, Defendant has served neither an answer nor a motion for summary judgment. Accordingly, the Court GRANTS Plaintiff's Motion to Dismiss. This case is hereby DISMISSED WITH PREJUDICE. The Clerk of Court is DIRECTED to close this matter.

IT IS SO ORDERED.

Dated this 14th day of May, 2019.

_____
STEPHANIE M. ROSE, JUDGE
UNITED STATES DISTRICT COURT